**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1532**

NAJA TALIBAH ZAHIR, a/k/a Naja Zahir El,

Plaintiff - Appellant,

v.

MICHAEL MCKEEFERY; EDWARD S. COHN; STEPHEN N. GOLDBERG; RICHARD E. SOLOMON; RICHARD J. ROGERS; CHRISTIANNA KERSEY; COHN GOLDBERG & DEUTSCH LLC; CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY; MAHASIN EL AMIN, d/b/a Clerk of Court; JUDGE ALVES; LAND RECORDS DEPARTMENT; PRINCE GEORGE'S COUNTY OFFICE OF FINANCE; STEPHEN J. MCGIBBON, d/b/a Director for Office of Finance, Inferior Persons/Minor/Debtor et al,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:19-cv-01271-PX)

Submitted: July 18, 2019                                      Decided: July 22, 2019

Before WILKINSON, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Naja Talibah Zahir, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Naja T. Zahir removed her state foreclosure action to federal court based upon diversity jurisdiction. *See* 28 U.S.C. §§ 1441, 1446 (2012). The district court remanded the case to state court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1446(c). Zahir seeks to appeal the district court's remand order. "Generally, a district court's order remanding a removed case to a state court is not appealable." *Dominion Energy, Inc. v. City of Warren Police & Fire Ret. Sys.*, __ F.3d __, __, No. 18-1844, 2019 WL 2707584, at \*4 (4th Cir. June 28, 2019) (citing 28 U.S.C. § 1447(d) (2012)). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*